IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JODY Y. THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv683-CSC |
| ) | WO |
| JO ANNE BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On January 16, 2005, the plaintiff filed an application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $4,299.88, which represents 22.3 hours of attorney time billed at $191.00 per hour and expenses in the amount of $40.58. The plaintiff also seeks reimbursement of the $150.00 filing fee. (Doc. # 24). The defendant objected to the hourly rate and the amount of hours sought by plaintiff's counsel. (Doc. # 26). On April 28, 2005, the parties notified the court that they have agreed that $2,813.29 is a reasonable fee in this matter, and that the plaintiff should be reimbursed the $150.00 filing fee from the Judgment Fund pursuant to 31 U.S.C. § 1304. Accordingly, it is

ORDERED AND ADJUDGED that the application for attorney's fees and expenses (doc. # 24) be and is hereby GRANTED and that the plaintiff be and is hereby AWARDED fees in the amount of $2,813.29 under 28 U.S.C. § 2412 and costs in the amount of $150.00 pursuant to 31 U.S.C.§ 1304.

Done this 3rd day of May, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE